# SCHEEF & STONE, L.L.P.

*Legal counsel based on solid principles.*

FILED

MAR - 8 2005

U.S. DISTRICT COURT

March 4, 2005

mC05 - 37

*Via FedEx*

U.S. District Court Clerk
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

     Re:    Case No. 3:05-CV-0416M
             *U.S. Commodity Futures Trading Commission v. Premium Income Corp., Tri-Forex International, Ltd., Inforex Ltd., Gerald L. Rogers a/k/a "Jay" Rogers and Alexander Shevchenko;* In the U.S. District Court, Northern District of Texas, Dallas Division

        **Filing for Notice Purposes on Miscellaneous Docket**

Dear Sir or Madam:

    Pursuant to 28 U.S.C. § 754, enclosed are copies of the Complaint and Order Appointing Temporary Receiver which we request be filed as a miscellaneous matter in your court, as they are being filed for notice purposes only. Also enclosed is our check in the amount of $39.00, extra copies of the first pages of the enclosed pleading to be filed, and a self-addressed, stamped envelope.

    Once you have filed the enclosed copies and assigned a docket number, please file-stamp the extra first pages of the pleadings, affix the docket number (and judge to whom the case has been assigned, if known), and return it to me in the enclosed self-addressed FedEx envelope.

    Thank you for you assistants in this matter.

                 Sincerely,

                 Jerri Sanoja, assistant to
                 Kelly M. Crawford