

# SCHEEF & STONE, L.L.P.
*Legal counsel based on solid principles*



March 7, 2005

*Via FedEx*

Brian Grace
U.S. District Court Clerk
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

MC 05 - 37

Re:   Case No. 3:05-CV-0415M   05MC36
      *Securities and Exchange Commission v. Premium Income Corp., Tri-Forex International, Ltd., Inforex Ltd., Gerald L. Rogers a/k/a "Jay" Rogers and Alexander Shevchenko;* In the U.S. District Court, Northern District of Texas, Dallas Division

Re:   Case No. 3:05-CV-0416M   05MC37
      *U.S. Commodity Futures Trading Commission v. Premium Income Corp., Tri-Forex International, Ltd., Inforex Ltd., Gerald L. Rogers a/k/a "Jay" Rogers and Alexander Shevchenko;* In the U.S. District Court, Northern District of Texas, Dallas Division

**Filing for Notice Purposes on Miscellaneous Docket**

Dear Mr. Grace:

Per your request, enclosed please find certified copies of the Complaint and Order Appointing Temporary Receiver which we request be filed as a miscellaneous matter in your court, as they are being filed for notice purposes only for both cases referenced above. Please return the previously sent extra copies to me via the FedEx envelope provided previously.

Thank you for you assistants in this matter.

Sincerely,

Jerri Sanoja, assistant to
Steven J. Womack

---

5956 Sherry Lane • Suite 1400 • Dallas, Texas 75225 • Tel (214) 706-4200 • Fax (214) 706-4242 • www.solidcounsel.com