ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | |
| Plaintiff, | NO. 3:05-CV-0416-B |
| v. | |
| PREMIUM INCOME CORP., INFOREX, LTD., TRI-FOREX INTERNATIONAL LTD. also known as INTERNATIONAL FOREX COMPANY, GERALD LEO ROGERS, also known as JAY ROGERS and JAY RODGERS, and ALEXANDER IGOR SHEVCHENKO, | ORDER TO UNSEAL RECORD OF PROCEEDINGS |
| Defendants. | |

MC 05 - 37 -



This cause is before the Court upon the motion of plaintiff United States Commodity Futures Trading Commission ("CFTC") to unseal the record of proceedings. The Court has reviewed the CFTC's motion and the CFTC's representation that defendants have been served with the Complaint, summons, and all other papers filed in this matter. The Court, the being otherwise fully advised of the premises, directs as follows:

    A.    **IT IS HEREBY ORDERED** that the record in this proceeding be unsealed; and

    B.    **IT IS HEREBY FURTHER ORDERED** that this Order shall expire upon the earlier of seventy-two (72) hours following the entry of a statutory *ex parte* restraining order or service upon defendants of the Summons and Complaint and other papers in support thereof.

**SO ORDERED**, at Dallas, Texas on this _4th_ day of March 2005, at _2:15_ _p_.m.

JANE BOYLE
UNITED STATES DISTRICT JUDGE

2